Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
*Christian Lassiter
Assistant Federal Public Defender
New York No. 4836953
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
Christian_Lassiter @fd.org

*Attorney for Petitioner Jose Antonio Vargas Utia

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jose Antonio Vargas Utia
,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02494-APG-NJK

**Stipulation to Extend Time to File Amended Petition and Briefing Schedule (First Request)**

Petitioner Jose Antonio Vargas Utia and Respondents, Todd Blanche, *et al.*, through undersigned counsel, hereby submit this Stipulation for an Extension of Time for Petitioner to file an amended petition for a writ of habeas corpus, moving the deadline to September 28, 2026. Additionally, both parties stipulate that the entire briefing schedule is extended as detailed below.

This extension is warranted because counsel for Mr. Vargas Utia, Assistant Federal Public Defender Christian Bryan Lassiter received discovery from counsel for the Federal Respondents today, September 21, 2026. Mr. Lassiter is requesting additional time to meet with Mr. Vargas Utia, review discovery provided by the Respondents, and prepare Mr. Vargas Utia's amended petition. Mr. Lassiter will require one week to fully prepare the amended petition.

Currently, the amended petition is due today, September 21, 2026. This is the first stipulation for an extension of time. Upon an initial review of the case, Mr. Lassiter is confident that he can prepare the amended petition within the proposed extended time-period.

On September 21, 2026, undersigned counsel conferred with counsel for Respondents, Assistant United States Attorney Tamer B. Botros. AUSA Botros agreed to this stipulation and amended briefing schedule.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadlines as follows:

1. Amended Petition: Due September 28, 2026;
2. Respondents' Response: Due October 5, 2026; and
3. Petitioner's Reply: Due October 12, 2026.

Respectfully submitted this 21st day of September, 2026.

TODD BLANCHE
Attorney General of the United States

SIGAL CHATTAH, First Assistant
United States Attorney

*/s/ Tamer B. Botros*
Tamer B. Botros
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Christian Lassiter*
Christian Lassiter
Assistant Federal Public Defender

IT IS SO ORDERED:

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 22, 2026